# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CATHERINE WONG**                                                                                              **PLAINTIFF**

**V.**                                                             **NO. 4:16-CV-109-DMB-JMV**

**LIGHTHOUSE POINT, LLC**
**d/b/a Trop Casino Greenville**                                                                      **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 5th day of December, 2017.

                                               /s/Debra M. Brown
                                               **UNITED STATES DISTRICT JUDGE**